Macke v. Byrd.

---

MACKE v. BYRD et al., *Appellants.*

DIVISION ONE.

**Appeal:** FINAL JUDGMENT. A judgment appointing commissioners to appraise and admeasure a homestead is not a final one, and an appeal therefrom will not lie.

*Appeal from Cape Girardeau Circuit Court.*—HON. H. C. O'BRYAN, Judge.

APPEAL DISMISSED.

· *R. B. Oliver* and *J. W. Limbaugh* for appellants.

*W. H. Miller* and *Wilson Cramer* for respondent.

BRACE, J.—This is a proceeding to reassign and admeasure a homestead in order to subject the excess resulting from an increase of value to the payment of a judgment.  Issue was joined and tried upon the right of the plaintiff to have such reassignment, and found for the plaintiff; and thereupon commissioners were appointed to reappraise and admeasure the same. From this interlocutory judgment this appeal is prosecuted.

As a final judgment has not yet been rendered in the case, but the same is still pending in the circuit court, the appeal is premature and must be dismissed; it is accordingly so ordered.  All concur, except BARCLAY, J., absent.